B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>*EASTERN* DISTRICT OF *NEW YORK* | **Voluntary Petition** |
|---|---|

| Name of Debtor   (if individual, enter Last, First, Middle):<br>*Goldberg, Jeffrey L.* | Name of Joint Debtor   (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *9623* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor   (No. & Street, City, and State):<br>*21 Woodcrest Drive*<br>*Roslyn, NY*<br>ZIPCODE *11576* | Street Address of Joint Debtor   (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business:   *Nassau* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor   (if different from street address):<br>*SAME*<br>ZIPCODE | Mailing Address of Joint Debtor   (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*<br>ZIPCODE | |

**Type of Debtor**   (Form of organization)
(Check **one** box.)
- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**   (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:
_____
Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000 .

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee**   (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $500,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11)                                                                    FORM B1, Page **2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Jeffrey L. Goldberg* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**    (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*Jeffrey L. Goldberg, P.C.* | Case Number:<br>*11-78914* | Date Filed:<br>*December 22, 2011* |
| District:<br>*Eastern District of New York* | Relationship:<br>*Affiliate* | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
|---|---|
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____    *12/22/2011*<br>   Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and exhibit C is attached and made a part of this petition.
☒  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:
☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                    FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Jeffrey L. Goldberg* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Jeffrey L. Goldberg*
_____
Signature of Debtor

X
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*12/22/2011*
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
_____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X */s/ Eric J. Snyder*
_____
Signature of Attorney for Debtor(s)

*Eric J. Snyder*
_____
Printed Name of Attorney for Debtor(s)

*Wilk Auslander LLP*
_____
Firm Name

*1515 Broadway*
_____
Address

*New York, NY  10036*
_____

*212-981-2300*
_____
Telephone Number

*12/22/2011*
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X
_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Jeffrey L. Goldberg_____    **CASE NO.:**_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: **(i)** are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☑ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. **CASE NO.:** 11-78914_____    **JUDGE:**_____    **DISTRICT/DIVISION:** Eastern_____

**CASE STILL PENDING (Y/N):** Y____    *[If closed]* Date of closing:_____

**CURRENT STATUS OF RELATED CASE:**_____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above):* Affiliate_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:** N/A_____

_____

2. **CASE NO.:**_____    **JUDGE:**_____    **DISTRICT/DIVISION:**_____

**CASE STILL PENDING (Y/N):**____    *[If closed]* Date of closing:_____

**CURRENT STATUS OF RELATED CASE:**_____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above):*_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:**_____

_____

**(OVER)**

**DISCLOSURE OF RELATED CASES (cont'd)**

**3. CASE NO.:**_____ **JUDGE:**_____ **DISTRICT/DIVISION:**_____

**CASE STILL PENDING (Y/N):**_____  [*If closed*] Date of closing:_____

**CURRENT STATUS OF RELATED CASE:**_____
  (Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*:_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED
IN SCHEDULE "A" OF RELATED CASE:**_____

_____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

I am admitted to practice in the Eastern District of New York (Y/N):___Y___

**CERTIFICATION** (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____          _____
**Signature of Debtor's Attorney**                                  **Signature of Pro Se Debtor/Petitioner**

                                                                        _____
                                                                        **Mailing Address of Debtor/Petitioner**

                                                                        _____
                                                                        **City, State, Zip Code**

                                                                        _____
                                                                        **Email Address**

                                                                        _____
                                                                        **Area Code and Telephone Number**

Failure to fully and truthfully  provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re *Jeffrey L. Goldberg*                                                    Case No.

                                                                                            (if known)

_____
                        **Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

☐    4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

       ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Jeffrey L. Goldberg*

Date:    *12/22/2011*

Certificate Number: 14751-NYE-CC-016904949



14751-NYE-CC-016904949

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 20, 2011</u>, at <u>11:41</u> o'clock <u>PM PST</u>, <u>JEFFREY L GOLDBERG</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of New York</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>December 20, 2011</u>          By:   <u>/s/LAURA C KERBY</u>

                                       Name:   <u>LAURA C KERBY</u>

                                       Title:   <u>MANAGER</u>

---

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

FORM B6A (Official Form 6A) (12/07)

In re _Jeffrey L. Goldberg_____,    Case No._____
                    Debtor(s)                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _21 Woodcrest Drive, Roslyn, NY 11576_ | _Tenacy by the Entireties_ | J | $ 700,000.00 | $ 700,000.00 |

No continuation sheets attached

**TOTAL $**    700,000.00
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Jeffrey L. Goldberg_ _____,      Case No. _____
               Debtor(s)                                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America 009450687146 | J | $ 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture, 4 TV's, stereo, computer, rugs, appliances, DVD players, fax machine Location: In debtor's possession | J | $ 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Artwork, CD's, DVD's | J | $ 1,000.00 |
| 6. Wearing apparel. | | Suits, clothing, shoes, leather jackets | | $ 1,000.00 |
| 7. Furs and jewelry. | | Watches | | $ 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | AXA Equitable - 081334832 | | $ 0.00 |
| | | Genworth Life Insurance - M737999 | | $ 0.00 |
| | | Penn Mutual Universal Life 7382766 | | $ 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in | X | | | |

Page   1   of   3

B6B (Official Form 6B) (12/07)

In re _Jeffrey L. Goldberg_ ,                                    Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26 U.S.C. 629(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | _Jeffrey L. Goldberg P.C. Defined Benefit Plan_ | H | $ 390,000.00 |
| | | _Jeffrey L. Goldberg P.C. Pension Benefit Plan_ | H | $ 50,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _Jeffrey L. Goldberg & Associates, PC - 100%_ | H | $ 0.00 |
| | | _Jeffrey L. Goldberg, P.C. - 100% Owner_ | H | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |

Page   2   of   3

B6B (Official Form 6B) (12/07)

In re _Jeffrey L. Goldberg_____,     Case No. _____
            Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page  _3_ of  _3_                                                       Total ➤ | $ 445,500.00 |

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

B6C (Official Form 6C) (04/10)

In re
  _Jeffrey L. Goldberg_____,          Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 21 Woodcrest Drive, Roslyn, NY 11576 | N.Y. Civ. Prac. Law and Rules §5206(a) | $ 25,000.00 | $ 700,000.00 |
| Furniture, 4 TV's, stereo, computer, rugs, applicances, DVD play | N.Y. Civ. Prac. Law and Rules §5205(a)(5) | $ 2,500.00 | $ 2,500.00 |
| Suits, clothing, shoes, leather jackets | N.Y. Civ. Prac. Law and Rules §5205(a)(5) | $ 1,000.00 | $ 1,000.00 |
| Watches | N.Y. Civ. Prac. Law and Rules §5205(a)(6) | $ 1,000.00 | $ 1,000.00 |
| Penn Mutual Universal Life | N.Y. Civ. Prac. Law and Rules §5205(i) | Unknown | $ 0.00 |
| Jeffrey L. Goldberg P.C. Defined Benefit Plan | N.Y. Debtor and Creditor Law §282(2)(e) | $ 390,000.00 | $ 390,000.00 |
|  | N.Y. Civ. Prac. Law and Rules §5205(c) | $ 0.00 |  |
|  | 11 USC § 523(b)(3)(C) | $ 0.00 |  |
| Jeffrey L. Goldberg P.C. Pension Benefit Plan | N.Y. Debtor and Creditor Law §282(2)(e) | $ 50,000.00 | $ 50,000.00 |
|  | N.Y. Civ. Prac. Law and Rules §5205(c) | $ 0.00 |  |
|  | 11 USC § 523(b)(3)(C) | $ 0.00 |  |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Jeffrey L. Goldberg_ _____,    Case No._____
                    **Debtor(s)**                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien — H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1 Bank of America PO Box 45144 FL9-100-04-24 Bldg 100 4th Fl. Jacksonville FL 32232-9923** | X J | **1st Mortgage of House** 21 Woodcrest Drive, Roslyn, NY 11576 _____ Value: $ 700,000.00 | | | | $ 359,566.48 | $ 0.00 |
| Account No: **Creditor # : 2 Chase Home Mortgage 3415 Vision Drive Columbus OH 43219** | X J | **2nd Mortgage on House** 21 Woodcrest Drive, Roslyn, NY 11576 _____ Value: $ 700,000.00 | | | | $ 315,141.89 | $ 0.00 |
| Account No: **Creditor # : 3 IRS Dept. of Treasury Holtsville NY 11742-0480** | X J | **2008, 2009, 2010** 21 Woodcrest Drive, Roslyn, NY 11576 _____ Value: $ 700,000.00 | | | | $ 125,000.00 | $ 99,708.37 |

| | | |
|---|---|---|
| **1** continuation sheets attached | **Subtotal $** (Total of this page) | $ 799,708.37 | $ 99,708.37 |
| | **Total $** (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re *Jeffrey L. Goldberg* _____,      Case No._____
           **Debtor(s)**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 4** Mary Rocco c/o Himmel & Bernstein LLP 928 Broadway, Suite 1000 New York NY 10010 | X H | Judgment-wrongful termination 21 Woodcrest Drive, Roslyn, NY 11576 Value: $ 700,000.00 | | | | $ 250,000.00 | $ 250,000.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 1  of  1  continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | Subtotal $ (Total of this page) | $ 250,000.00 | $ 250,000.00 |
|---|---|---|---|
|  | Total $ (Use only on last page) | $ 1,049,708.37 | $ 349,708.37 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Jeffrey L. Goldberg_ _____,    Case No._____
                **Debtor(s)**                                                           **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

Official Form 6E (04/10) - Cont.

In re _Jeffrey L. Goldberg_____ ,    Case No._____
            **Debtor(s)**                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*NYS Dept of Taxation &*<br>*Finance*<br>*Harriman Campus*<br>*Albany NY 12201* | X | J | *2009, 2010* | | | | $ 17,000.00 | $ 17,000.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _1_   continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 17,000.00 | 17,000.00 | 0.00 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 17,000.00 | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 17,000.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  *Jeffrey L. Goldberg*                                              ,                    Case No._____
                              **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address Including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 1**<br>*Alexander Atoya*<br>*18 Hubbard Place*<br>*Brooklyn NY 11210* | X | H | *Business Debt* | | | | $ 5,000.00 |
| Account No:<br>**Creditor # : 2**<br>*American Ex. Line of Credit*<br>*PO Box 1270*<br>*Newark NJ 07101-1270* | X | J | | | | | $ 15,225.92 |
| Account No:   1003<br>**Creditor # : 3**<br>*American Express - Gold Card*<br>*PO Box 1270*<br>*Newark NJ 07101-1270* | X | H | *Business Debt* | | | | $ 33,554.76 |
| Account No:<br>**Creditor # : 4**<br>*American Express Bus. Platinum*<br>*PO Box 1270*<br>*Newark NJ 07101-1270* | X | H | *Business Debt* | | | | $ 5,812.38 |

_10_ continuation sheets attached

Subtotal $          $ 59,593.06

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re  **Jeffrey L. Goldberg**                                                                      ,        Case No._____

                      **Debtor(s)**                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    *2007*<br>*Creditor # : 5*<br>*American Express-Optimum Card*<br>*PO Box 1270*<br>*Newark NJ 07101-1270* | X | J | | | | | $ 11,143.13 |
| Account No:<br>*Creditor # : 6*<br>*Anthony Quarless*<br>*146 Sullivan Place*<br>*Brooklyn NY 11225* | X | H | *Business Debt* | | | | $ 2,500.00 |
| Account No:<br>*Creditor # : 7*<br>*AT&T Mobility*<br>*PO Box 537104*<br>*Atlanta GA 30353-7104* | X | H | *Business Debt* | | | | $ 0.00 |
| Account No:<br>*Creditor # : 8*<br>*Bank of America*<br>*PO Box 45144*<br>*FL9-100-04-24 Bldg. 100 4th Fl*<br>*Jacksonville FL 32232-9923* | X | H | *Guarantee of Business Debt* | | | | $ 62,000.00 |
| Account No:    *8087*<br>*Creditor # : 9*<br>*Bank of America*<br>*PO Box 982238*<br>*El Paso TX 79998-2238* | X | J | | | | | $ 28,823.00 |
| Account No:<br>*Creditor # : 10*<br>*Bank of America*<br>*PO Box 45144*<br>*Jacksonville FL 32232-9923* | X | H | *Guarantee of Business Debt* | | | | $ 359,566.48 |

Sheet No.  _1_  of  _10_ continuation sheets attached to Schedule of             Subtotal $          $ 464,032.61

Creditors Holding Unsecured Nonpriority Claims                                           Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  *Jeffrey L. Goldberg*_____,     Case No._____
                              **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 11 Bank of America Bus. Platinum PO Box 982238 El Paso TX 79998-2238 | X | H | Business Debt | | | | $ 16,021.43 |
| Account No:  7069 Creditor # : 12 Bloomingdales PO Box 8066 Mason OH 45040 | X | J | | | | | $ 2,155.00 |
| Account No:  Creditor # : 13 BMW Financial Services PO Box 9001065 Louisville KY 40290-1065 | X | J | | | | | $ 815.73 |
| Account No:  4079 Creditor # : 14 Brooks Brothers 100 Phoenix Avenue Enfield CT 06082 | X | J | | | | | $ 0.00 |
| Account No:  Creditor # : 15 Cablevision 200 Jericho Quadrangle Jericho NY 11753-2701 | X | J | | | | | $ 0.00 |
| Account No:  Creditor # : 16 Carr Business Systems 130 Sopagnoli Road Melville NY 11747-3502 | X | H | Business Debt | | | | $ 18.63 |

Sheet No.  **2**  of  **10**  continuation sheets attached to Schedule of          Subtotal $          $ 19,010.79
Creditors Holding Unsecured Nonpriority Claims                                      **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey L. Goldberg_____,        Case No. _____
                    **Debtor(s)**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | H | | | | | $ 10,000.00 |
| Creditor # : 17 Christopher Groban 99 Foxwoods Circle Mount Kisco NY 10549 | | | Business Debt | | | | |
| Account No: | X | H | | | | | $ 361.69 |
| Creditor # : 18 CIT Technology PO Box 550599 Jacksonville FL 32255-0599 | | | Business Debt | | | | |
| Account No:   9603 | X | J | | | | | $ 3,342.00 |
| Creditor # : 19 Citibank PO Box 6500 Sioux Falls SD 57117 | | | | | | | |
| Account No: | X | H | | | | | $ 4,176.02 |
| Creditor # : 20 Citibusiness Card PO Box 183051 Columbus OH 43218-3051 | | | Business Debt | | | | |
| Account No: | X | H | | | | | $ 0.00 |
| Creditor # : 21 CNA Solutions, Inc. 333 S. Wabash Road, 2nd Fl Chicago IL 60604-3911 | | | Business Debt | | | | |
| Account No: | X | H | | | | | $ 0.00 |
| Creditor # : 22 Creative Plan Design, Ltd. One Tennessee Court Port Jefferson S NY 11776 | | | Business Debt | | | | |

Sheet No.  3  of   10  continuation sheets attached to Schedule of                    Subtotal $ | $ 17,879.71
Creditors Holding Unsecured Nonpriority Claims                                              Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  *Jeffrey L. Goldberg*_____ ,     Case No._____
                **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | H | | | | | $ 4,000.00 |
| *Creditor # : 23* *Deniece Christie* *2909 Newkirk Avenue* *Brooklyn NY 11226* | | | *Business Debt* | | | | |
| Account No: | X | H | | | | | $ 9,288.76 |
| *Creditor # : 24* *Dick Bailey Service, Inc.* *25 Chapel Street, 6th Fl.* *Brooklyn NY 11201* | | | *Business Debt* | | | | |
| Account No: | X | H | | | | | $ 41,500.00 |
| *Creditor # : 25* *Dr. John McDonald* *Lehman College, CUNY* *450 Bedford Park Boulevard* *Bronx NY 10468* | | | *Business Debt* | | | | |
| Account No: | X | H | | | | | $ 0.00 |
| *Creditor # : 26* *E-Law, LLC* *PO Box 50* *240 Mulberry Street* *Newark NJ 07101* | | | *Business Debt* | | | | |
| Account No: | X | H | | | | X | $ 318,385.53 |
| *Creditor # : 27* *Eric Sanders, Esq.* *1140 Avenue of the Americas* *9th Floor* *New York NY 10036* | | | *Business Debt* | | | | |
| Account No: | X | H | | | | | $ 0.00 |
| *Creditor # : 28* *FP Mailing Solutions* *140 N. Mitchell Court* *Addison IL 60101* | | | *Business Debt* | | | | |

Sheet No.  4  of  10  continuation sheets attached to Schedule of          Subtotal $          $ 373,174.29
Creditors Holding Unsecured Nonpriority Claims                             Total $
                                                                          (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Jeffrey L. Goldberg_____ ,                Case No._____
                    **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | H | | | | | $ 0.00 |
| Creditor # : 29 Geico One Geico Plaza Bethesda MD 20811-0001 | | | Business Debt | | | | |
| Account No:    1545 | X | J | | | | | $ 0.00 |
| Creditor # : 30 GEMB/Lowes PO Box 965004 Orlando FL 32896 | | | | | | | |
| Account No: | X | J | | | | | $ 1,267.00 |
| Creditor # : 31 Genworth Financial Life Ins. PO Box 10720 Lynchburg VA 24506-0720 | | | | | | | |
| Account No: | X | H | | | | | $ 1,915.00 |
| Creditor # : 32 James Wasenius, CPA 500 Bi-Country Boulevard Farmingdale NY 11735 | | | Business Debt | | | | |
| Account No: | | H | | | | | $ 11,241.69 |
| Creditor # : 33 Jeffrey Management Corporation Manager - 2001 Marcus Ave LLC 7 Penn Plaza, Suite 618 New York NY 10001 | | | Business Debt | | | | |
| Account No: | X | H | | | | | $ 0.00 |
| Creditor # : 34 Leasedirect 111 Old Eagle School Blvd. Wayne PA 19087 | | | Business Debt | | | | |

Sheet No. _5_ of _10_ continuation sheets attached to Schedule of                    Subtotal $        $ 14,423.69
Creditors Holding Unsecured Nonpriority Claims                                               Total $
                                                                        (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jeffrey L. Goldberg_____ ,    Case No._____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5001<br>Creditor # : 47<br>*Shell*<br>*PO Box 90670*<br>*Houston TX 77279* | X | W | | | | | $ 0.00 |
| Account No:<br>Creditor # : 48<br>*Sonya Glover*<br>*138-26 231st Street*<br>*Springfield Gard NY 11413* | X | H | *Business Debt* | | | | $ 5,000.00 |
| Account No:<br>Creditor # : 49<br>*South Shore Records Management*<br>*3067 New Street*<br>*Oceanside NY 11572* | X | H | *Business Debt* | | | | $ 166.33 |
| Account No:<br>Creditor # : 50<br>*Staples*<br>*PO Box 689020*<br>*Des Moines IA 50368-9020* | X | H | *Business Debt* | | | | $ 0.00 |
| Account No:    4003<br>Creditor # : 51<br>*Sunoco/CBN*<br>*PO Box 689153*<br>*Des Moines IA 50368-9153* | X | J | | | | | $ 1,600.00 |
| Account No:<br>Creditor # : 52<br>*Tabatha Bronstein*<br>*302 Westcott Boulevard*<br>*Staten Island NY 10314* | X | H | *Business Debt* | | | | $ 7,500.00 |

Sheet No.   _8_ of   _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 14,266.33

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, If applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey L. Goldberg_____ ,          Case No. _____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | W | | | | | $ 7,500.00 |
| Creditor # : 53 Tamara Walker 4420 Ivy Ford Drive Loganville GA 30052 | | | *Business Debt* | | | | |
| Account No: | X | H | | | | | $ 0.00 |
| Creditor # : 54 TGI Office Automation PO Box 41602 Philadelphia PA 19101-1602 | | | *Business Debt* | | | | |
| Account No: | X | H | | | | | $ 5,004.80 |
| Creditor # : 55 The Chief 277 Broadway, Suite 1506 New York NY 10007-4829 | | | *Business Debt* | | | | |
| Account No: | X | H | | | | | $ 0.00 |
| Creditor # : 56 The Hartford 3600 Wiseman Boulevard San Antonio TX 78251 | | | *Business Debt* | | | | |
| Account No:    1130 | X | J | | | | | $ 0.00 |
| Creditor # : 57 The Home Depot PO Box 182676 Columbus OH 43218-2678 | | | | | | | |
| Account No: | X | H | | | | | $ 0.00 |
| Creditor # : 58 United Lawyers Service, Inc. 299 Broadway, Suite 300 New York NY 10007 | | | *Business Debt* | | | | |

Sheet No.    9   of    10   continuation sheets attached to Schedule of                          Subtotal $          | $ 12,504.80 |
Creditors Holding Unsecured Nonpriority Claims                                                    Total $
                                         (Use only on last page of the completed Schedule F. Report also on Summary of
                                         Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Jeffrey L. Goldberg_ _____ ,          Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 59 <br> Verizon Services Corporation <br> c/o Allied Insterstate <br> PO Box 4000 <br> Warrenton VA 20188 | X | H | Business Debt | | | | $ 170.73 |
| Account No: <br> Creditor # : 60 <br> W.B. Mason <br> PO Box 111 <br> Brockton MA 02303-0111 | X | H | Business Debt | | | | $ 0.00 |
| Account No: <br> Creditor # : 61 <br> West Thomson <br> c/o Cisco, Inc. <br> PO Box 801088 <br> Houston TX 77280-1088 | X | H | Business Debt | | | | $ 8,073.93 |
| Account No: 5944 <br> Creditor # : 62 <br> WFNNB-Ann Taylor <br> PO Box 182273 <br> Columbus OH 43213 | X | J | | | | | $ 0.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __10__ of ____10__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         **$ 8,244.66**

Total $         **$ 1,037,913.20**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Jeffrey L. Goldberg_ _____ / Debtor    Case No. _____

<span style="float:right">(if known)</span>

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _BMW Financial Services_<br>_PO Box 9001065_<br>_Louisville KY   40290-1065_ | Contract Type:<br>Terms: _$705/Mo._<br>Beginning date:<br>Debtor's Interest:<br>Description:<br><br>Buyout Option: |
| _BNW Financial Services_<br>_PO Box 9001065_<br>_Louisville KY   40290-1065_ | Contract Type:<br>Terms: _$815.73/Mo._<br>Beginning date:<br>Debtor's Interest:<br>Description:<br><br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re _Jeffrey L. Goldberg_____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Carol Goldberg<br>21 Woodcrest Drive<br>Roslyn NY  11576 | American Ex. Line of Credit<br>PO Box 1270<br>Newark NJ  07101-1270<br><br>American Express-Optimum Card<br>PO Box 1270<br>Newark NJ  07101-1270<br><br>Bank of America<br>PO Box 982238<br>El Paso TX  79998-2238<br><br>Bank of America<br>PO Box 45144<br>FL9-100-04-24 Bldg 100 4th Fl.<br>Jacksonville FL  32232-9923<br><br>Bloomingdales<br>PO Box 8066<br>Mason OH  45040<br><br>BMW Financial Services<br>PO Box 9001065<br>Louisville KY  40290-1065<br><br>Brooks Brothers<br>100 Phoenix Avenue<br>Enfield CT  06082<br><br>Cablevision<br>200 Jericho Quadrangle<br>Jericho NY  11753-2701<br><br>Chase Home Mortgage<br>3415 Vision Drive<br>Columbus OH  43219 |

B6H (Official Form 6H) (12/07)

In re *Jeffrey L. Goldberg* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Carol Goldberg...continued* | *Citibank*<br>*PO Box 6500*<br>*Sioux Falls SD   57117*<br><br>*GEMB/Lowes*<br>*PO Box 965004*<br>*Orlando FL   32896*<br><br>*Genworth Financial Life Ins.*<br>*PO Box 10720*<br>*Lynchburg VA   24506-0720*<br><br>*IRS*<br>*Dept. of Treasury*<br>*Holtsville NY   11742-0480*<br><br>*Macys*<br>*PO Box 183083*<br>*Columbus OH   43218-3083*<br><br>*Maureen Gill*<br>*26 Redwood Loop*<br>*Staten Island NY   10309*<br><br>*Mobil*<br>*PO Box 768911*<br>*Roswell GA   30076*<br><br>*Nordstrom*<br>*PO Box 79134*<br>*Phoenix AZ   85062*<br><br>*NYS Dept of Taxation & Finance*<br>*Harriman Campus*<br>*Albany NY   12201*<br><br>*Penn Mutual Life Insurance Co.*<br>*Independence Square*<br>*Philadelphia PA   19172*<br><br>*Shell*<br>*PO Box 90670*<br>*Houston TX   77279*<br><br>*Sunoco/CBN*<br>*PO Box 689153*<br>*Des Moines IA   50368-9153* |

B6H (Official Form 6H) (12/07)

In re *Jeffrey L. Goldberg* _____ / Debtor · Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Carol Goldberg...continued* | *Tamara Walker*<br>*4420 Ivy Ford Drive*<br>*Loganville GA   30052*<br><br>*The Home Depot*<br>*PO Box 182676*<br>*Columbus OH   43218-2678*<br><br>*WFNNB-Ann Taylor*<br>*PO Box 182273*<br>*Columbus OH   43213* |
| *Jeffrey L. Goldberg P.C.*<br>*2001 Marcus Avenue*<br>*Suite S160*<br>*Lake Success NY   11042* | *Alexander Atoya*<br>*18 Hubbard Place*<br>*Brooklyn NY   11210*<br><br>*American Ex. Line of Credit*<br>*PO Box 1270*<br>*Newark NJ   07101-1270*<br><br>*American Express - Gold Card*<br>*PO Box 1270*<br>*Newark NJ   07101-1270*<br><br>*American Express Bus. Platinum*<br>*PO Box 1270*<br>*Newark NJ   07101-1270*<br><br>*American Express-Optimum Card*<br>*PO Box 1270*<br>*Newark NJ   07101-1270*<br><br>*Anthony Quarless*<br>*146 Sullivan Place*<br>*Brooklyn NY   11225*<br><br>*AT&T Mobility*<br>*PO Box 537104*<br>*Atlanta GA   30353-7104*<br><br>*Bank of America*<br>*PO Box 45144*<br>*Jacksonville FL   32232-9923* |

B6H (Official Form 6H) (12/07)

In re _Jeffrey L. Goldberg_ _____ / Debtor       Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Jeffrey L. Goldberg P.C....continued_ | _Bank of America_<br>_PO Box 45144_<br>_FL9-100-04-24 Bldg. 100 4th Fl_<br>_Jacksonville FL   32232-9923_<br><br>_Bank of America_<br>_PO Box 45144_<br>_FL9-100-04-24 Bldg 100 4th Fl._<br>_Jacksonville FL   32232-9923_<br><br>_Bank of America_<br>_PO Box 982238_<br>_El Paso TX   79998-2238_<br><br>_Bank of America Bus. Platinum_<br>_PO Box 982238_<br>_El Paso TX   79998-2238_<br><br>_Bloomingdales_<br>_PO Box 8066_<br>_Mason OH   45040_<br><br>_BMW Financial Services_<br>_PO Box 9001065_<br>_Louisville KY   40290-1065_<br><br>_Brooks Brothers_<br>_100 Phoenix Avenue_<br>_Enfield CT   06082_<br><br>_Cablevision_<br>_200 Jericho Quadrangle_<br>_Jericho NY   11753-2701_<br><br>_Carr Business Systems_<br>_130 Sopagnoli Road_<br>_Melville NY   11747-3502_<br><br>_Christopher Groban_<br>_99 Foxwoods Circle_<br>_Mount Kisco NY   10549_<br><br>_CIT Technology_<br>_PO Box 550599_<br>_Jacksonville FL   32255-0599_ |

B6H (Official Form 6H) (12/07)

In re _Jeffrey L. Goldberg_____ / Debtor    Case No. _____
                                                                            (if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Jeffrey L. Goldberg P.C....continued | Citibank<br>PO Box 6500<br>Sioux Falls SD  57117<br><br>Citibusiness Card<br>PO Box 183051<br>Columbus OH  43218-3051<br><br>CNA Solutions, Inc.<br>333 S. Wabash Road, 2nd Fl<br>Chicago IL  60604-3911<br><br>Creative Plan Design, Ltd.<br>One Tennessee Court<br>Port Jefferson S NY  11776<br><br>Deniece Christie<br>2909 Newkirk Avenue<br>Brooklyn NY  11226<br><br>Dick Bailey Service, Inc.<br>25 Chapel Street, 6th Fl.<br>Brooklyn NY  11201<br><br>Dr. John McDonald<br>Lehman College, CUNY<br>450 Bedford Park Boulevard<br>Bronx NY  10468<br><br>E-Law, LLC<br>PO Box 50<br>240 Mulberry Street<br>Newark NJ  07101<br><br>Eric Sanders, Esq.<br>1140 Avenue of the Americas<br>9th Floor<br>New York NY  10036<br><br>FP Mailing Solutions<br>140 N. Mitchell Court<br>Addison IL  60101<br><br>Geico<br>One Geico Plaza<br>Bethesda MD  20811-0001 |

B6H (Official Form 6H) (12/07)

In re _Jeffrey L. Goldberg_____ / Debtor        Case No. _____

                                                                                (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Jeffrey L. Goldberg P.C....continued_ | _GEMB/Lowes_<br>_PO Box 965004_<br>_Orlando FL   32896_<br><br>_Genworth Financial Life Ins._<br>_PO Box 10720_<br>_Lynchburg VA   24506-0720_<br><br>_James Wasenius, CPA_<br>_500 Bi-Country Boulevard_<br>_Farmingdale NY   11735_<br><br>_Jeffrey Management Corporation_<br>_Manager - 2001 Marcus Ave LLC_<br>_7 Penn Plaza, Suite 618_<br>_New York NY   10001_<br><br>_Leasedirect_<br>_111 Old Eagle School Blvd._<br>_Wayne PA   19087_<br><br>_Linda Cronin, Esq._<br>_Cronin & Byczek, LLP_<br>_1983 Marcus Avenue Suite C-120_<br>_New Hyde Park NY   11042_<br><br>_Macys_<br>_PO Box 183083_<br>_Columbus OH   43218-3083_<br><br>_Mary Ann Camarda_<br>_185 W. Park Avenue, Apt. 404N_<br>_Long Beach NY   11561_<br><br>_Mary Rocco_<br>_c/o Himmel & Bernstein LLP_<br>_928 Broadway, Suite 1000_<br>_New York NY   10010_<br><br>_Mobil_<br>_PO Box 768911_<br>_Roswell GA   30076_<br><br>_Nordstrom_<br>_PO Box 79134_<br>_Phoenix AZ   85062_ |

B6H (Official Form 6H) (12/07)

In re *Jeffrey L. Goldberg* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Jeffrey L. Goldberg P.C....continued* | *Oxford Health Plans*<br>*PO Box 1697*<br>*Staten Island NY  10309*<br><br>*Penn Mutual Life Insurance Co.*<br>*Independence Square*<br>*Philadelphia PA  19172*<br><br>*Poland Spring*<br>*PO Box 856192*<br>*Louisville KY  40285-6192*<br><br>*Pollack Pollack Issac*<br>*  & DeCicco LLP*<br>*225 Broadway, Suite 307*<br>*New York NY  10007*<br><br>*Rosy Gelin*<br>*158 Belmont Boulevard*<br>*Elmont NY  11003*<br><br>*Sally Birch*<br>*67 Pulaski Street, Apt. PH*<br>*Brooklyn NY  11206*<br><br>*Sonya Glover*<br>*138-26 231st Street*<br>*Springfield Gard NY  11413*<br><br>*South Shore Records Management*<br>*3067 New Street*<br>*Oceanside NY  11572*<br><br>*Staples*<br>*PO Box 689020*<br>*Des Moines IA  50368-9020*<br><br>*Sunoco/CBN*<br>*PO Box 689153*<br>*Des Moines IA  50368-9153*<br><br>*Tabatha Bronstein*<br>*302 Westcott Boulevard*<br>*Staten Island NY  10314* |

B6H (Official Form 6H) (12/07)

In re _Jeffrey L. Goldberg_ _____ / Debtor          Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | TGI Office Automation<br>PO Box 41602<br>Philadelphia PA  19101-1602 |
| _Jeffrey L. Goldberg P.C....continued_ | The Chief<br>277 Broadway, Suite 1506<br>New York NY  10007-4829 |
| | The Hartford<br>3600 Wiseman Boulevard<br>San Antonio TX  78251 |
| | The Home Depot<br>PO Box 182676<br>Columbus OH  43218-2678 |
| | United Lawyers Service, Inc.<br>299 Broadway, Suite 300<br>New York NY  10007 |
| | Verizon Services Corporation<br>c/o Allied Insterstate<br>PO Box 4000<br>Warrenton VA  20188 |
| | W.B. Mason<br>PO Box 111<br>Brockton MA  02303-0111 |
| | West Thomson<br>c/o Cisco, Inc.<br>PO Box 801088<br>Houston TX  77280-1088 |
| | WFNNB-Ann Taylor<br>PO Box 182273<br>Columbus OH  43213 |

B6I (Official Form 6I) (12/07)

In re _Jeffrey L. Goldberg_ _____ ,    Case No. _____
                 **Debtor(s)**                                           (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: _Married_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Attorney_ | _Unemployed_ |
| Name of Employer | _self-employed_ | |
| How Long Employed | _N/A_ | |
| Address of Employer | _N/A_ | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | _15,000.00_ | $ _0.00_ |
| 2. Estimate monthly overtime | $ | _0.00_ | $ _0.00_ |
| 3. SUBTOTAL | $ | _15,000.00_ | $ _0.00_ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | _5,000.00_ | $ _0.00_ |
| b. Insurance | $ | _0.00_ | $ _0.00_ |
| c. Union dues | $ | _0.00_ | $ _0.00_ |
| d. Other  (Specify): | $ | _0.00_ | $ _0.00_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | _5,000.00_ | $ _0.00_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | _10,000.00_ | $ _0.00_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | _0.00_ | $ _0.00_ |
| 8. Income from real property | $ | _0.00_ | $ _0.00_ |
| 9. Interest and dividends | $ | _0.00_ | $ _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | _0.00_ | $ _0.00_ |
| 11. Social security or government assistance (Specify): | $ | _0.00_ | $ _0.00_ |
| 12. Pension or retirement income | $ | _0.00_ | $ _0.00_ |
| 13. Other monthly income (Specify): | $ | _0.00_ | $ _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | _0.00_ | $ _0.00_ |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | _10,000.00_ | $ _0.00_ |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ _10,000.00_ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Jeffrey L. Goldberg_ _____,    Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 4,400.00 |
| a. Are real estate taxes included?    Yes ☐    No ☒ | |
| b. Is property insurance included?    Yes ☒    No ☐ | |
| 2. Utilities: a. Electricity and heating fuel | $ 550.00 |
| b. Water and sewer | $ 15.00 |
| c. Telephone | $ 220.00 |
| d. Other | $ 0.00 |
| Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 725.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 100.00 |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 400.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 200.00 |
| b. Life | $ 750.00 |
| c. Health | $ 800.00 |
| d. Auto | $ 300.00 |
| e. Other | $ 0.00 |
| Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other: _car lease_ | $ 816.00 |
| c. Other: _car lease_ | $ 705.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: | $ 0.00 |
| Other: | $ 0.00 |
| | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 11,231.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 16 of Schedule I | $ 10,000.00 |
| b. Average monthly expenses from Line 18 above | $ 11,231.00 |
| c. Monthly net income (a. minus b.) | $ (1,231.00) |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re *Jeffrey L. Goldberg*

Case No.
Chapter    7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $    700,000.00 | | |
| B-Personal Property | Yes | 3 | $    445,500.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $    1,049,708.37 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $    17,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $    1,037,913.20 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 8 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $    10,000.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $    11,231.00 |
| TOTAL | | 31 | $    1,145,500.00 | $    2,104,621.57 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Jeffrey L. Goldberg_ _____          Case No. _____
                    Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___32___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _12/22/2011_____          Signature _/s/ Jeffrey L. Goldberg_____
                                              _Jeffrey L. Goldberg_



[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7 (04/10)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: *Jeffrey L. Goldberg*                                                      Case No. _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

*(2010)*
$100,462                                       *Salary - Jeffrey L. Goldberg, P.C.*
$127,375                                       *Draw - Jeffrey L. Goldberg, P.C.*

*(2011)*
$112,00.00                                     *Salary - Jeffrey L. Goldberg, P.C.*
$153,664.97                                    *Draw - Jeffrey L. Goldberg, P.C.*

---

### 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 1

Form 7 (04/10)

**3. Payments to creditors**

None
☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☐

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Repayment of loan to mother-in-law* | | *$14,448.26* | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Jeffrey L. Goldberg, Eric Sanders and Jeffrey L. Goldberg, P.C. v. NYS Division of Human Rights and Mary Rocco* | *Employment Action* | *Supreme Court Nassau County 100 Supreme Court Drive Mineola, NY 11501* | *Judgment* |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *$800 seized from Bank of America Account* | | |

Form 7 (04/10)

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *Gambling* | *$39,099* | *2010* |

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *James P. Pagano, Esq.*<br>*277 Broadway*<br>*New York, NY 10007* | *11/2/11* | *$2,000.00* |
| *Wilk Auslander LLP*<br>*1515 Broadway*<br>*New York, NY 10036* | *12/9/11* | *$16,000.00* |
| *Myonlinebankruptcyclass.com* | *12/20/11* | *$24.00* |

Form 7 (04/10)

## 10. Other transfers

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Form 7 (04/10)

**17. Environmental Information**

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Jeffrey L. Goldberg, P.C. | 113158512 | 2001 Marcus Avenue Lake Success, NY 11042 | Law Firm | 1993 – 12/21/11 |

None ☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

Form 7 (04/10)

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *James Wasenius, CPA*<br>*500 B-Country Boulevard*<br>*Farmingdale, NY 11735* | *2010, 2011* |

---

None ☐    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| *James Wasenuis, CPA* | *500 Bi-Country Boulevard*<br>*Farmingdale, NY 11735* | *Dates:* |

---

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| *James Wasenius, CPA* | *500 Bi-Country Boulevard*<br>*Farmingdale, NY 11735* |

---

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

Form 7 (04/10)

### 21. Current Partners, Officers, Directors and Shareholders

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distribution by a corporation

None ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

### 24. Tax Consolidation Group.

None ☒  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

### 25. Pension Funds.

None ☒  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

Form 7 (04/10)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *12/22/2011*    Signature  */s/ Jeffrey L. Goldberg*
of Debtor

Date  _____    Signature  _____
of Joint Debtor
(if any)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re *Jeffrey L. Goldberg*                                      Case No.
                                                                Chapter   7

_____ / Debtor

Attorney for Debtor:   *Eric J. Snyder*

## VERIFICATION OF CREDITOR MATRIX

  The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *12/22/2011*_____                    */s/ Jeffrey L. Goldberg*_____
                                             Debtor

Goldberg.txt

Alexander Atoya
18 Hubbard Place
Brooklyn, NY  11210


American Ex. Line of Credit
PO Box 1270
Newark, NJ  07101-1270

American Express - Gold Card
PO Box 1270
Newark, NJ  07101-1270

American Express Bus. Platinum
PO Box 1270
Newark, NJ  07101-1270

American Express-Optimum
PO Box 1270
Newark, NJ  07101-1270


Anthony Quarless
146 Sullivan Place
Brooklyn, NY  11225

AT&T Mobility
PO Box 537104
Atlanta, GA  30353-7104

Bank of America
PO Box 45144
FL9-100-04-24 Bldg. 100 4th Fl.
Jacksonville, FL  32232-9923


Bank of America
PO Box 982238
El Paso, TX  79998-2238

Bank of America
PO Box 45144
Jacksonville, FL  32232-9

Bank of America Bus. Platinum
PO Box 982238
El Paso, TX  79998-2238


Bloomingdales
PO Box 8066
Mason, OH  45040


BMW Financial Services
PO Box 9001065
Louisville, KY  40290-1065


Brooks Brothers
100 Phoenix Avenue
Enfield, CT  06082

Goldberg.txt

Cablevision
200 Jericho Quadrangle
Jericho, NY  11753-2701

Carol Goldberg
21 Woodcrest Drive
Roslyn, NY  11576

Carr Business Systems
130 Sopagnoli Road
Melville, NY  11747-3502

Chase Home Mortgage
3415 Vision Drive
Columbus, OH  43219

Christopher Groban
99 Foxwoods Circle
Mount Kisco, NY  10549

CIT Technology
PO Box 550599
Jacksonville, FL  32255-0599

Citibank
PO Box 6500
Sioux Falls, SD  57117

Citibusiness Card
PO Box 183051
Columbus, OH  43218-3051

CNA Solutions, Inc.
333 S. Wabash Road, 2nd F
Chicago, IL  60604-3911

Creative Plan Design, Ltd
One Tennessee Court
Port Jefferson S, NY  11776

Deniece Christie
2909 Newkirk Avenue
Brooklyn, NY  11226

Dick Bailey Service, Inc.
25 Chapel Street, 6th Fl.
Brooklyn, NY  11201

Dr. John McDonald
Lehman College, CUNY
450 Bedford Park Boulevard
Bronx, NY  10468

E-Law, LLC
PO Box 50
240 Mulberry Street
Newark, NJ  07101

Eric Sanders, Esq.
1140 Avenue of the Americ
9th Floor
New York, NY  10036

Goldberg.txt

FP Mailing Solutions
140 N. Mitchell Court
Addison, IL  60101

Geico
One Geico Plaza
Bethesda, MD  20811-0001

GEMB/Lowes
PO Box 965004
Orlando, FL  32896

Genworth Financial Life Ins.
PO Box 10720
Lynchburg, VA  24506-0720

IRS
Dept. of Treasury
Holtsville, NY  11742-0480

James Wasenius, CPA
500 Bi-Country Boulevard
Farmingdale, NY  11735

Jeffrey Management Corporation
Manager - 2001 Marcus Ave
7 Penn Plaza, Suite 618
New York, NY  10001

Leasedirect
111 Old Eagle School Blvd
Wayne, PA  19087

Linda Cronin, Esq.
Cronin & Byczek, LLP
1983 Marcus Avenue Suite
New Hyde Park, NY  11042

Macys
PO Box 183083
Columbus, OH  43218-3083

Mary Ann Camarda
185 W. Park Avenue, Apt. 404N
Long Beach, NY  11561

Mary Rocco
c/o Himmel & Bernstein LLP
928 Broadway, Suite 1000
New York, NY  10010

Maureen Gill
26 Redwood Loop
Staten Island, NY  10309

Mobil
PO Box 768911
Roswell, GA  30076

Goldberg.txt

Nordstrom
PO Box 79134
Phoenix, AZ  85062

NYS Dept of Taxation & Finance
Harriman Campus
Albany, NY  12201

Oxford Health Plans
PO Box 1697
Staten Island, NY  10309

Penn Mutual Life Insurance
Independence Square
Philadelphia, PA  19172

Poland Spring
PO Box 856192
Louisville, KY  40285-619

Pollack Pollack Issac
   & DeCicco LLP
225 Broadway, Suite 307
New York, NY  10007

Rosy Gelin
158 Belmont Boulevard
Elmont, NY  11003

Sally Birch
67 Pulaski Street, Apt. PH
Brooklyn, NY  11206

Shell
PO Box 90670
Houston, TX  77279

Sonya Glover
138-26 231st Street
Springfield Gard, NY  11413

South Shore Records Manag
3067 New Street
Oceanside, NY  11572

Staples
PO Box 689020
Des Moines, IA  50368-902

Sunoco/CBN
PO Box 689153
Des Moines, IA  50368-9153

Tabatha Bronstein
302 Westcott Boulevard
Staten Island, NY  10314

Tamara Walker
4420 Ivy Ford Drive
Loganville, GA  30052

Goldberg.txt

TGI Office Automation
PO Box 41602
Philadelphia, PA  19101-1602

The Chief
277 Broadway, Suite 1506
New York, NY  10007-4829

The Hartford
3600 Wiseman Boulevard
San Antonio, TX  78251

The Home Depot
PO Box 182676
Columbus, OH  43218-2678

United Lawyers Service, Inc.
299 Broadway, Suite 300
New York, NY  10007

Verizon Services Corporat
c/o Allied Insterstate
PO Box 4000
Warrenton, VA  20188

W.B. Mason
PO Box 111
Brockton, MA  02303-0111

West Thomson
c/o Cisco, Inc.
PO Box 801088
Houston, TX  77280-1088


WFNNB-Ann Taylor
PO Box 182273
Columbus, OH  43213